PROB 12B
ED/AR (8/2002)

**United States District Court**

for the

**Eastern District of Arkansas**





**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 07 2015

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sherdan Mosley                     Case Number: 4:13CR00061-001  KGB

Name of Sentencing Judicial Officer:     Kristine G. Baker
                                         United States District Judge

Offense:               Conspiracy to Make, Possess, and Utter Counterfeit Securities With the Intent
                       to Deceive

Date of Sentence:      November 14,2014

Sentence:              5 years probation, DNA collection, 100 hours of community service as
                       approved by the probation office, mandatory drug testing, substance abuse
                       treatment, mental health counseling, the defendant participate in the Little
                       Rock Center for Women in Transition along with any other mental health
                       program approved by the probation office, the defendant shall follow the
                       treatment plan set out by all treatment providers, financial disclosure, no new
                       lines of credit, $964.97 restitution, and $100 special penalty assessment

Type of Supervision:   Probation            Date Supervision Commenced: November 14, 2014
                                            Expiration Date: November 19, 2019

Asst. U.S. Attorney:  Benecia Betton Moore    Defense Attorney:  Nicole Lybrand

Mental Health Treatment Specialist: Selina M. Earsa
Phone No.: 501-604-5258

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**Ms. Sherdan Mosley will pay $25 per month until the balance of her $964.97**
**restitution is resolved.**

Prob 12B                      -2-             Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Sherdan Mosley           Case Number: 4:13CR00061-001  KGB

## CAUSE

Ms. Sherdan Mosley's term of probation began on November 14, 2014. In November of 2014, she began participating in the Little Rock Center for Women in Transition where she receives three weekly group sessions that address, relapse prevention, domestic violence, and anger management. Requirements for the program include random drug testing, participation in outside meetings such as Alcoholics or Narcotics Anonymous, and meet with the program's director on a weekly basis. Staffings have been conducted with the program director on a monthly basis to confirm Ms. Mosley is compliant with program participation and requirements.  She also received a referral through Women in Transition for mental health treatment through Professional Counseling Associates of North Little Rock, Arkansas.

Ms. Mosley receives a monthly income from Social Security disability in the amount of $752. She failed to make a restitution payment for May 2015. She made a $200 payment towards her restitution on June 8, 2015, and the current restitution balance is $714.97.

A recently submitted financial report reflects a monthly income $752, household expenses of $730, with a net monthly cash flow of $22. Based on a review of Ms. Mosley's current finances, a fixed disability income, with a restitution balance of $714.97, she agreed to have her restitution rate amended to reflect a $25 monthly payment requirement until paid in full. Assistant Federal Public Defender Nicole Lybrand reported she is in agreement with the attached Waiver of Hearing to Modify Conditions of Supervision.

Selina M. Earsa                                Benecia Betton Moore
Mental Health Treatment Specialist              Assistant U.S. Attorney

Date: July 1, 2015                            Date: 2 | 1 | 15

---

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

July 7, 2015
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B                                     -3-                          Request for Modifying the
                                                                    Conditions or Terms of Supervision
                                                                       with Consent of the Offender

Name of Offender:  Sherdan Mosley                   Case Number:  4:13CR00061-001  KGB

Approved:

Supervising U.S. Probation Officer

c:  Assistant Federal Public Defender, Nicole Lybrand, 1401 West Capitol Avenue, Suite 490, Little
    Rock, AR 72201
    Sherdan Mosley, 1219 Fairview Street, Lonoke, AR 72086
    Assistant U.S. Attorney, Benecia Betton Moore, P.O. Box 1229, Little Rock, Arkansas 72203

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To add the following special conditions:

**Ms. Sherdan Mosley will pay $25 per month until the balance of her $964.97 restitution is resolved.**

Witness
*(U.S. Probation Officer)*

Signed
*(Probationer or Supervised Releasee)*

5-26-15
*(Date)*